Henry L. Burman, for plaintiff in error; Louis Sevin, of counsel. Isidore Fried and Edward Horchler, for defendant in error; Bernard A. Stol, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Walter Czaja, a minor, by John Czaja, his next friend, defendant in error, v. J. A. Gursky et al., plaintiffs in error. Gen. No. 34,869.

Opinion filed June 26, 1931.

Victor Frohlich and Edward McTiernan, for plaintiffs in error. Samuel L. Steinberg, for defendant in error.

Mr. Justice Kerner delivered the opinion of the court.

Robert McGuire, appellee, v. George N. Sellas, appellant. Gen. No. 34,894.

Opinion filed June 26, 1931.

B. M. Shaffner, for appellant. No appearance for appellee.

Mr. Justice Kerner delivered the opinion of the court.

Louis Cohn (Beckie Cohen), appellee, v. James P. Hobson and Mellie Hobson, his wife, appellants. Gen. No. 34,694.

Opinion filed June 26, 1931.

Ellis & Westbrooks, Richard E. Westbrooks, Blaine G. Alston, De Frantz R. Williams and Barbara Watts Goodall, for appellants; Richard E. Westbrooks, of counsel. Morris Kompel, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Margaret Herrick, appellee, v. City of Chicago, appellant. Gen. No. 34,746.

Opinion filed June 26, 1931.

Samuel A. Ettelson, Corporation Counsel, and Warner Wall, Assistant Corporation Counsel, for appellant; Francis J. Vurpillat, Special Assistant Corporation Counsel, of counsel. M. L. Carmody, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.